JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE GEIGER,<br><br>    Plaintiff,<br><br>vs.<br><br>PRINCESS CRUISE LINES, LTD., JACOBUS D. VENTER, M.D.; SHANNON D. CALLAWAY, M.D.<br><br>    Defendants. | CASE NO.: 18-CV-00849-DDP-JEM<br><br>**ORDER**<br><br>Judge: Hon. Dean D. Pregerson<br>Magistrate: Hon. John E. McDermott<br>Filed: 02/02/2018 |

**TO ALL PARTIES HEREIN:**

Having considered the Parties' Stipulation Re Request for Dismissal and finding that good cause exists, this Court orders that:

With good cause, Plaintiff's case 18-CV-00849-DDP-JEM is **DISMISSED** with prejudice.

DATED: June 27, 2019

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE